AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

BIN SUN,

      Plaintiff,

          v.

ALBERTO R. GONZALES, U.S. ATTORNEY
GENERAL, et al.,

      Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-0180-AMJ

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff against

Defendants pursuant to Court Order/Record #30.

| | |
|---|---|
| November 15, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Pam Howard |
| | *(By) Deputy Clerk* |
| | Pam Howard |