```
 1
 2
 3
 4
 5
 6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

```
BIN SUN,                                )
                                        )    NO.  CV-07-0180-JPH
          Plaintiff,                    )
                                        )    ORDER DENYING DEFENDANTS'
     -vs-                               )    MOTION TO DISMISS
                                        )
ALBERTO R. GONZALES, U.S. ATTORNEY      )
GENERAL, et al.,                        )
                                        )
          Defendants.                   )
                                        )
```

BEFORE THE COURT is Defendants' December 7, 2007 "Motion to Dismiss." (Ct. Rec. 32). Defendants request an order dismissing this case based on their compliance with the court's November 15, 2007 order granting Plaintiff's motion for summary judgment (Ct. Rec. 30). (Ct. Rec. 32). Plaintiff filed a response on January 28, 2008, indicating that he does not object to Defendant's motion to dismiss because the underlying I-485 application has been adjudicated. (Ct. Rec. 35). On November 15, 2007, the court granted judgment in favor of Plaintiff and directed Defendants to complete the adjudication of Plaintiff's pending I-485 application within forty-five (45) days. (Ct. Rec. 30 at 21-22).

ORDER DENYING DEFENDANTS' MOTION TO DISMISS - 1

1     While it appears that Defendants have complied with the court's
2 order by adjudicating Plaintiff's I-485 application in a timely manner
3 (Ct. Rec. 32) and have thus given Plaintiff the relief he requested in
4 this case, the court finds no basis to dismiss a case that has already
5 been fully adjudicated on the merits.  Accordingly, Defendants' Motion
6 to Dismiss (**Ct. Rec. 32**) is **DENIED**.

7     **IT IS SO ORDERED.**  The District Court Executive is directed to
8 enter this Order and provide copies to counsel.

9     **DATED** this ____1st____ day of February, 2008.

                              *S/James P. Hutton*
                              JAMES P. HUTTON
                    UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANTS' MOTION TO DISMISS - 2